UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Chrystina Bekier

    v.                                 Civil No. 14-cv-284-PB

Stanford L. Kurland


O R D E R

   No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Daniel J. Lynch dated July 1, 2014.  The case is hereby dismissed for the reason set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   SO ORDERED.

                                            /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: July 24, 2014

cc:  Chrystina Bekier, pro se